958 A.2d 1042

COMMONWEALTH of Pennsylvania, Petitioner

v.

Daniel WHITE, Respondent.

Supreme Court of Pennsylvania.

Oct. 16, 2008.

## ORDER

PER CURIAM.

AND NOW, this 16th day of October, 2008, the Petition for Allowance of Appeal is **GRANTED** on the issue set forth below:

Is the Commonwealth entitled to have lifted a *nolle prosequi* entered into due to factors beyond the Commonwealth's control, where the Commonwealth has demonstrated due diligence and speedy trial issues are not implicated?

958 A.2d 1042

Scott Randall MEANS, Petitioner

v.

PRESIDENT JUDGE, Philadelphia County, Respondent.

No. 109 EM 2008.

Supreme Court of Pennsylvania.

Oct. 16, 2008.

## ORDER

PER CURIAM.

AND NOW, this 16th day of October, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**